1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                    EASTERN DISTRICT OF CALIFORNIA

9

10   ROBERTO HERRERA,                          1:13-cv-01429-AWI-GSA-PC

11          Plaintiff,                          ORDER GRANTING REQUEST FOR COPY
                                                OF COMPLAINT
12      vs.                                     (Doc. 14.)

13   GILL, et al.,                              ORDER FOR CLERK TO SEND PLAINTIFF
                                                COPY OF COMPLAINT FILED ON
14          Defendants.                         SEPTEMBER 9, 2013
                                                (Doc. 1.)
15
                                                NEW DEADLINE TO FILE AMENDED
16                                              COMPLAINT: **March 20, 2014**

17

18          Roberto Herrera ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

19   with this civil rights action pursuant to 42 U.S.C. § 1983.  On September 9, 2013, Plaintiff filed

20   the initial Complaint for this action.  (Doc. 1.)  The court screened the Complaint and issued an

21   order on January 17, 2014, dismissing the Complaint for failure to state a claim, with leave to

22   file an amended complaint within thirty days.  (Doc. 11.)

23          On February 6, 2014, Plaintiff filed a request for a copy of the Complaint, to enable him

24   to comply with the court's order to amend the Complaint.  Plaintiff explains that he does not

25   have a copy of the Complaint because he was not permitted copywork at the prison.

26          Good cause appearing, Plaintiff's request shall be granted.  In addition, in light of the

27   fast approach of Plaintiff's deadline, Plaintiff shall be granted an extension of time until **March

28   20, 2014** in which to file the amended complaint.

                                                   1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

2  1.  Plaintiff's request for a copy of the Complaint is GRANTED;

3  2.  The Clerk is directed to send Plaintiff a copy of the Complaint filed on

4  September 9, 2013 (Doc. 1);

5  3.  Plaintiff is granted an extension of time until **March 20, 2014** in which to file an

6  amended complaint, pursuant to the court's order of January 17, 2014.

7

8

9

10  IT IS SO ORDERED.

11  Dated:   **February 10, 2014**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28