UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GILL, et al.,<br><br>　　　　Defendants. | 1:13-cv-01429-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 12.)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Docs. 9, 10.) |

　　　　Roberto Herrera ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 21, 2014, findings and recommendations were entered, recommending that Plaintiff's motions for preliminary injunctive relief be denied.  (Doc. 12.)  On February 6, 2014, Plaintiff filed objections to the findings and recommendations.  (Doc. 13.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 21, 2014, are ADOPTED IN FULL; and

2. Plaintiff's motions for preliminary injunctive relief, filed on October 10, 2013 and October 23, 2013 are DENIED.

IT IS SO ORDERED.

Dated:  March 18, 2014

                SENIOR DISTRICT JUDGE