UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERRERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TERESA MACIAS, et al.,<br><br>　　　　Defendants. | 1:13-cv-01429-AWI-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br>(Doc. 30.)<br><br>DEADLINE: <u>August 14, 2015</u><br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPIES OF DOCUMENTS 26 AND 27 |

　　　　On July 6, 2015, Plaintiff filed a motion for extension of time to file a Second Amended Complaint, pursuant to the court's order of May 7, 2015.  (ECF No. 30.)  Plaintiff also requests copies of his March 25, 2015 objections to the Magistrate Judge's findings and recommendations (ECF No. 26), the court's order of May 7, 2015 granting Plaintiff leave to amend the Complaint (ECF No. 27), and Plaintiff's previous motion for extension of time filed on June 8, 2015 (ECF No. 28).  Plaintiff seeks copies of his objections to assist him in preparing the Second Amended Complaint.  Plaintiff asserts that he was unable to make himself a copy of the objections because of institutional procedures.

　　　　Plaintiff shows good cause for the court to grant him an extension of time to file a Second Amended Complaint, and to send him copies of his March 25, 2015 objections and the court's May 7, 2015 order.  However, Plaintiff shows no good cause for the court to send him a

free copy of his previous motion for extension of time.[1]  To request a copy of his previous motion for extension of time at this juncture, Plaintiff must send a request in writing to the Court Clerk referring to ECF No. 28, together with fifty cents per page of the motion and a self-addressed envelope with sufficient postage affixed.  The motion is 12 twelve pages long.

Therefore, based on the foregoing, good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED an extension of time until **August 14, 2015** in which to file a Second Amended Complaint, pursuant to the court's order of May 7, 2015; and

2. The Clerk of Court is directed to send Plaintiff copies of:

    (1) Plaintiff's objections filed on March 25, 2015 (ECF No. 26), and

    (2) The Court's order issued on May 7, 2015 (ECF No. 27).

IT IS SO ORDERED.

Dated:   **July 8, 2015**                              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.