UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>         Plaintiff,<br><br>    vs.<br><br>GILL, et al.,<br><br>         Defendants. | 1:13-cv-01429-AWI-EPG-PC<br><br>ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT THIS DISMISSAL IS SUBJECT TO THE "THREE-STRIKES" PROVISION SET FORTH IN 28 U.S.C. § 1915(g).<br><br>ORDER FOR CLERK TO CLOSE CASE |

Roberto Herrera ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On January 17, 2014, the Court dismissed the initial Complaint for failure to state a claim, with leave to amend. See Doc. No. 11. On March 24, 2014, Plaintiff filed the First Amended Complaint. See Doc. No. 17.

On March 9, 2015, the Magistrate Judge screened the First Amended Complaint and entered findings and recommendations, recommending that this case be dismissed for failure to state a claim. See Doc. No. 25. On May 7, 2015, the District Judge adopted the findings and recommendations in part, dismissing Plaintiff's Eighth Amendment deliberate indifference claim against defendant Ballesteros for failure to state a claim, with leave to amend, and dismissing all remaining claims, with prejudice, for failure to state a claim. See Doc. No. 27. Plaintiff was granted forty-five days in which to file a Second Amended Complaint and was

expressly warned that a failure to file an amended complaint would result in the dismissal and closure of this case. Id.

To date, Plaintiff has not filed a Second Amended Complaint. During the past ten months, Plaintiff has filed six motions for extension of time to file the Second Amended Complaint, which were all granted by the Court. See Doc. No. 28, 30, 32, 34, 39, 41. Plaintiff's latest deadline to file the Second Amended Complaint was March 29, 2016. See Doc. No. 42. More than three weeks have passed since the deadline expired, and Plaintiff has not filed a Second Amended Complaint or otherwise responded to the Court's order granting the extension of time. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. In accordance with the Court's warning in the May 6, 2015 order, the Court will close this case. See Doc. No. 27.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case is DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
2. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g), Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: April 21, 2016

SENIOR DISTRICT JUDGE